IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMY ASHLEY**                                                                                              **PLAINTIFF**

v.                                    No. 3:11-cv-171-DPM

**J A WHITLEY INVESTMENTS, LLC**                                                      **DEFENDANT**

## JUDGMENT

The parties having settled and jointly stipulated to dismissal, *Document No. 7*, the case is dismissed with prejudice. At the parties' request, though the Court has neither seen nor approved their settlement, the Court retains jurisdiction until 31 December 2012 to consider any disputes about enforcing the settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2012